GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Colorado State Bar No. 38157
SARAH B. HOUSTON
Arizona State Bar No. 026691
Assistant U.S. Attorneys
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: Matthew.Cassell@usdoj.gov
       Sarah.Houston@usdoj.gov
Attorneys for Plaintiff

FILED
2023 DEC 13 PM 2:05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-02251 TUC-JAS(LCK)

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Violations:<br>18 U.S.C. §§ 7 and 1113<br>(Attempted Murder)<br>Count One<br><br>18 U.S.C. §§ 7 and 113(a)(1)<br>(Assault with Intent to Commit Murder)<br>Count Two |
| John Turscak,<br><br>Defendant. | 18 U.S.C. §§ 7 and 113(a)(3)<br>(Assault with a Dangerous Weapon)<br>Count Three<br><br>18 U.S.C. §§ 7 and 113(a)(6)<br>(Assault Resulting in Serious Bodily Injury)<br>Count Four |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about November 24, 2023, at or near Tucson, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Institution – Tucson, on land acquired for the use of the

United States and under its exclusive or concurrent jurisdiction, JOHN TURSCAK, with premeditation and malice aforethought, did unlawfully attempt to kill D.C., in violation of Title 18, United States Code, Sections 7 and 1113.

## COUNT TWO

On or about November 24, 2023, at or near Tucson, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Institution – Tucson, on land acquired for the use of the United States and under its exclusive or concurrent jurisdiction, JOHN TURSCAK, did intentionally and knowingly assault D.C. with intent to commit murder, in violation of Title 18, United States Code, Sections 7 and 113(a)(1).

## COUNT THREE

On or about November 24, 2023, at or near Tucson, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Institution – Tucson, on land acquired for the use of the United States and under its exclusive or concurrent jurisdiction, JOHN TURSCAK, did intentionally and knowingly assault D.C. with a dangerous weapon, that is, an improvised knife, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 7 and 113(a)(3).

//

//

//

//

**COUNT FOUR**

On or about November 24, 2023, at or near Tucson, within the District of Arizona, at a place within the special maritime and territorial jurisdiction of the United States, namely Federal Correctional Institution – Tucson, on land acquired for the use of the United States and under its exclusive or concurrent jurisdiction, JOHN TURSCAK, did intentionally, knowingly, and recklessly assault D.C., resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 7 and 113(a)(6).

A TRUE BILL

/S/
_____
Presiding Juror
Dated: December 13, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
_____
MATTHEW C. CASSELL
SARAH B. HOUSTON
Assistant U.S. Attorneys

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. John Turscak*
Indictment Page 3 of 3