| | |
|---|---|
| 1 | JON M. SANDS<br>Federal Public Defender |
| 2 | **ELENA M. KAY**<br>Assistant Federal Public Defender |
| 3 | State Bar No. 026391<br>elena_m_kay@fd.org |
| 4 | **JORDAN PERRY MALKA**<br>Assistant Federal Public Defender |
| 5 | State Bar No. 6321055 (Illinois)<br>Jordan_malka@fd.org |
| 6 | 407 W. Congress, Suite 501<br>Tucson, AZ 85701-1355 |
| 7 | Telephone: (520) 879-7500<br>Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR23-02251-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE RESPONSE DEADLINE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**<br>**(Doc. 12)** |
| vs. | |
| John Turscak, | |
| Defendant. | |

Defendant John Turscak, through counsel undersigned, hereby requests a 1-week continuance of the January 4, 2024, deadline to respond to the government's motion for a protective order, doc. 12. The defense makes this request because they require additional time to review the government's motion and the case citations within.

The government does not object to this request.

RESPECTFULLY SUBMITTED this 3rd day of January 2024.

JON M. SANDS
Federal Public Defender

*/s/Elena M. Kay, Jordan P. Malka*
ELENA M. KAY/JORDAN P. MALKA
Assistant Federal Public Defenders