# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-02251-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Turscak, | |
| Defendant. | |

Upon Motion to Continue Response (Doc. 13), filed by Defendant;

IT IS ORDERED the motion is GRANTED and therefore, the Defendant's deadline for response is **January 11, 2024**. Government's deadline for reply is **January 18, 2024**, if applicable.

IT IS FURTHER ORDERED a Motion Hearing on the Motion for Protective Order (Doc. 12) is set for **Wednesday, January 24, 2024 at 1:30 PM,** before Magistrate Judge Kimmins, in courtroom 5F.

Dated this 3rd day of January, 2024.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge