1
2
3
4
5              **IN THE UNITED STATES DISTRICT COURT**
6                    **FOR THE DISTRICT OF ARIZONA**
7

8    United States of America,                CR 23-2251-TUC-JAS(LCK)

9              Plaintiff,                                **ORDER**
                                               **CONTINUING PLEA DEADLINE**
10   v.                                               **AND TRIAL**

11   John Turscak,

12              Defendant.

13

14          This case is presently set for trial on 4/16/2024. The defendant filed a motion to

15   continue and, for the reasons set forth therein, additional time is required to adequately

16   prepare for trial. The government has no objection to a continuance.

17          The Court finds that the ends of justice served by granting a continuance outweigh

18   the best interests of the public and the defendant in a speedy trial because, for the reasons

19   set forth in the motion, failure to grant the continuance is likely to result in a miscarriage

20   of justice if the defendant is required to go to trial on the present trial date.

21          **IT IS ORDERED** as follows:

22          1.  The date by which the referred magistrate judge hears the change of plea must

23   be no later than 5/31/2024, by 3:00 p.m.

24          2.  All motions, unless made during a hearing or trial, shall be in writing and shall

25   be made sufficiently in advance of trial to comply with the time periods set forth in

26   LRCiv. 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may

27   be heard before a magistrate judge and a Report and Recommendation will be provided to

28   the district judge assigned to the case.

3.  This matter is RESET for trial on **6/18/2024, at 9:30 a.m. Counsel are to be present at 9:00 a.m.**

4.  Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on 4/17/2024, and end on 6/18/2024. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5.  That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6.  **Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., 6/3/2024. Alternatively, by that same deadline, if after consultation between government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, government counsel shall notify the Court by an email to the chambers email address that the case and the parties are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.**

Dated this 26th day of March, 2024.

Honorable James A. Soto
United States District Judge

- 2 -