GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Colorado State Bar No. 38157
SARAH B. HOUSTON
Arizona State Bar No. 026691
Assistant U.S. Attorneys
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: Matthew.Cassell@usdoj.gov
       Sarah.Houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-02251-TUC-JAS (LCK) |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY |
| vs. | |
| John Turscak, | |
| Defendant. | |

The United States of America, by and through counsel undersigned responds to a third party's Motion for Return of Property Under Federal Rule of Criminal Procedure 41(g) (Doc. 28). The United States respectfully requests that the Court deny the motion as moot.

The third party's property (MP3 player and earbuds) were returned to the third party on April 3, 2024. Therefore, the motion should be denied as moot.

Respectfully submitted this 9th day of April, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

MATTHEW C. CASSELL
SARAH B. HOUSTON
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 9th day of April, 2024, to:

All ECF Participants, and

Marco A. Alferez
FCI-Tucson
P.O. Box 23811
Tucson, AZ 85734