LAURA E. UDALL, BAR NO. 010501
Laura E. Udall PLLC
P.O. Box 40294
Tucson, AZ 85717
(520) 770-1414
laura@udall.me

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR23-02251-TUC-JAS (LCK) |
| vs. | ) | **MOTION FOR HEARING ON DEFENDANT'S FILING** |
| John Turscak, | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),(B)(i) and (iv)

Defendant John Turscak filed a pleading labeled Doc 31 on April 29, 2024. Pursuant to General Order 21-19 Document 31 was not docketed to the public but viewable only to assigned defense counsel.  General Order 21-19 provides that the assigned judge may, in his or her discretion, determine that the document be made public or that further action be taken.

Counsel undersigned requests that this Court view Doc 31 and schedule a hearing on the issues presented and determine whether further action be taken.

RESPECTFULLY submitted this 29th day of April, 2024.

By /s/ *Laura E. Udall*
Laura E. Udall

All parties notified by ECF