LAURA E. UDALL, BAR NO. 010501
Laura E. Udall PLLC
P.O. Box 40294
Tucson, AZ 85717
(520) 770-1414
laura@udall.me

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR23-02251-TUC-JAS (LCK) |
| vs. | ) | **NOTICE THE DEFENSE** |
| | ) | **HAS NO OBJECTION TO** |
| John Turscak, | ) | **DISCLSOURE OF DOCUMENT 31** |
| Defendant. | ) | **TO THE GOVERNMENT ONLY** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),(B)(i) and (iv)

Defense counsel has no objection to the Court providing the Government with Doc 31 filed on April 29, 2024.

RESPECTFULLY submitted this 29th day of April, 2024.

By /s/ *Laura E. Udall*
Laura E. Udall

All parties notified by
ECF

1