# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>John Turscak,<br><br>    Defendant. | No. CR-23-02251-001-TUC-JAS (LCK)<br><br>**ORDER** |

Upon Motion for Hearing (Doc. 32), filed by Defendant;

IT IS ORDERED the Motion is GRANTED, and a Motion Hearing is set on **5/15/2024 at 1:30 PM,** before Magistrate Judge Kimmins, in courtroom 5F, regarding Notice filed in Doc. 31.

Dated this 29th day of April, 2024.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge