**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** May 15, 2024 |
| **USA v. John Turscak** | **Case Number:** CR-23-02251-001-TUC-JAS (LCK) |

**Assistant U.S. Attorney:** Sarah Bullard Houston and Matthew Cassell
**Attorney for Defendant:** Laura Elizabeth Udall, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present   ☒ Custody

**MOTION HEARING:** Re [32] MOTION FOR HEARING ON DEFENDANT'S FILING

    The Court notes that these matters have been referred to this Court by District Judge Soto.
    Regarding Defendant's **Motion to Withdraw Counsel**:
    On inquiry of the Court, the Government advises that a plea offer has been extended and provides the status of disclosure.
    Ms. Udall informs the Court that the plea offer has been conveyed to defendant, along with up-to-date disclosure.
    At 1:36 PM, the Government and all non-parties are excluded from the courtroom.
    Ms. Udall makes statements to the Court regarding her representation of the defendant.
    Defendant argues his *ex parte* motion to the Court and is questioned by the Court.
    At 1:46 PM, the record reflects the presence of the Government.
    Good cause appearing, IT IS ORDERED that the defendant's motion to withdraw counsel is GRANTED.
    Regarding Defendant's **Motion for Self-Representation**, the Court proceeds with a *Faretta* Hearing.
    Defendant is sworn and questioned by the Court.
    Based on the record, the defendant being made fully aware of the hazards/dangers and disadvantages of self-representation, THE COURT FINDS that the defendant has knowingly and voluntarily waived the right to counsel representation.
    IT IS ORDERED that the defendant's motion to represent himself is GRANTED.
    IT IS FURTHER ORDERED that the Court will appoint advisory/standby counsel to assist the defendant and/or replace the defendant if the court determines during evidentiary hearings or trial that the defendant can no longer be permitted to proceed pro se and/or the defendant changes his mind.
    IT IS FURTHER ORDERED that the appointed advisory/standby counsel shall file a Notice of Appearance within five (5) days of being appointed. Ms. Udall is relieved of further representation of the defendant.
    IT IS FURTHER ORDERED that defendant be given "reasonable access to 'law books, witnesses, or other tools to prepare a defense.'" *United States v. Brugnara*, 856 F.3d 1198, 1210 (9th Cir. 2017). (The Sixth Amendment requires that an incarcerated pro se defendant be given "reasonable access to 'law books, witnesses, or other tools to prepare a defense.'" *United States v. Sarno*, 73 F.3d 1470, 1491 (9th Cir. 1995), quoting *Milton v. Morris*, 767 F.2d 1443, 1446 (9th Cir. 1985). "The right

of access is not unlimited, but must be balanced against the legitimate security needs or resource constraints of the prison." *Id*.

Regarding defendant's **Motion to Continue Trial**:

There being no objection,

IT IS ORDERED that the motion is GRANTED.  The Trial date currently scheduled for June 18, 2024 is RESET to August 20, 2024 at 9:30 AM, before Judge Soto. Plea deadline is August 2, 2024.  Time is excluded.

At the request of Ms. Udall, Defendant's motion (Doc. 31) shall remain sealed.

Thereafter, IT IS ORDERED appointing CJA Attorney Thomas Hartzell as advisory/standby counsel for the defendant.

**Recorded By** Courtsmart   **Motion**   54 min
**Deputy Clerk** Jennifer A. McCarthy

**Start:  1:32 PM**
**Stop:   2:26 PM**