Case: 4:23-cr-02251-JAS-LCK

Doc 51

CLERK OF THE UNITED STATES DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

John Turscak 14098-074
FLORENCE-AZ-FLORENCE-CAFCC
900 B 105
CENTRAL ARIZONA FLORENCE CORRECTIONAL
P.O. BOX 6300
FLORENCE, AZ 85132

24 at 10:26 AM MST and filed on 7/29/2024

Florence AZ 85132

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
AUG - 7 2024

NIXIE  850 DE 1  0008/04/24
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 85701509899  *0814-02322-31-23

LEGAL MAIL-OPEN DAILY
IN PRESENCE OF INMATE



✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG - 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY





quadient
FIRST-CLASS MAIL
IMI
$000.69°
07/29/2024 ZIP 85701
043M31237954

US POSTAGE