GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                            Plaintiff,<br><br>        vs.<br><br>John Turscak,<br><br>                            Defendant | CR 23-2251-TUC-JAS-LCK<br><br>RESPONSE TO STATEMENTS MADE IN DEFENDANT'S MOTION TO CONTINUE PLEA DEADLINE AND TRIAL |

The United States of America, through its attorneys undersigned, hereby responds to statements made in the defendant's Motion to Continue Plea Deadline and Trial, and states as follows:

1.   The government has previously responded that it does not object to the defendant's Motion to Continue for up to 90 days (in ECF Doc. 54).

2.   The defendant makes several statements in his Motion to Continue that warrant response from the government. The first is the defendant's claim that he is being denied "case law, research, copies, and materials" by CoreCivic (Def Motion p. 1). The defendant further claims that he has requested "materials/legal office supplies," which CoreCivic has denied (Def Motion p. 2). The government takes no position on these claims

by the defendant.

3.  The defendant states that the Court has appointed him with a paralegal to assist him in his defense. He then states that "[a]s of todate (sic), he has yet to speak/visit with his newly appointed paralegal" and does not elaborate (Def Motion p. 2). To the extend that the Court construes this statement as a motion for access to his court-appointed paralegal, the government takes no position on this motion by the defendant.

4.  The defendant states that he has "submitted his request to the Government's Attorneys requesting additional discovery items that he is in need of along with the noted heavily redacted disclosure (minus his FBOP file) in which he has requested to be turned over to him 'unredacted.'" (Def Motion p. 2). As of today's date, the government has not received any disclosure request from the defendant, so the government is unaware what "additional discovery items" the defendant refers to in his Motion. If the defendant makes such a request, the government will respond appropriately.

5.  As for the defendant's blanket statement that he requires "unredacted" disclosure, the government opposes this request. The government has made careful redactions to the disclosure to protect the privacy interests of witnesses involved in this case, as it does in every case. The defendant does not mention any specific redactions he wants removed and what his legal basis is for removing it, so at a minimum, the government requires this information before it can make any adjustment to the redactions made.

/ / /

Respectfully submitted this 4th day of November, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/Matthew C. Cassell*
>
> MATTHEW C. CASSELL
> Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 4th day of November, 2024, to:

Thomas S. Hartzell, Esq.
Counsel for Defendant

Copy of the foregoing served via U.S. Mail to:

John Turscak
Inmate Number 14098-074
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, AZ 85132