GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant United States Attorney
Colorado State Bar. No 38157
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>John Turscak,<br><br>　　　　Defendant. | CR 23-2251-TUC-JAS-LCK<br><br>Government's Response to Defendant's Pro Se Motion Requesting an Order Directing CoreCivic to Allow Defendant Access to Legal Supplies and Other Tools to Prepare a Defense |

　　　The United States of America, through its undersigned attorney, files this response regarding the defendant's pro se motion requesting a Court order (ECF Doc. 57). The government takes no position on this motion.

　　　Respectfully submitted this 12th day of December, 2024.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Matthew C. Cassell*

　　　　　　　　　　　　　　　　　　MATTHEW C. CASSELL
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1  Copy of the foregoing served electronically or by other means this 12th day of December, 2024, to:

2

3  Thomas S. Hartzell, Esq.
   Advisory Counsel for the defendant

4

5  Copy of the foregoing served via U.S. Mail this 12th day of December, 2024, to:

6

7  John Turscak
   Reg. No. 14098-074

8  Central Arizona Florence Correctional Complex
   P.O. Box 6300

9  Florence, AZ 85132

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28