T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Advisory Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:23-cr-02251-JCH-BGM |
| vs. | ) | SECOND MOTION FOR |
| John Turscak, | ) | STATUS CONFERENCE |
| Defendant. | ) | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may occur as a result of this Motion or from an Order based thereon. Advisory counsel, undersigned, at the request of pro se defendant John Turscak, hereby moves the Court to set a status conference in reference to his access to legal and writing materials.

CoreCivic has denied Turscak access to his digital discovery by depriving him of his laptop and USB drives. CoreCivic alleges Turscak "lent" his laptop to other inmates–an impossibility as prison officials only allowed Turscak to use the laptop under supervision, in a specific area, after an official checked out the laptop and gave it directly to Turscak. When Turscak was done with his research, the laptop and drives were returned to the official.

As a further sanction for allegedly giving other inmates access to his laptop, CoreCivic has taken Turscak's writing materials–pen and paper. This leaves him incapable of writing his motions and taking notes. Also, Turscak has been moved to a different building and his access to internet-based legal research has been terminated, along with other loss of other privileges.

CoreCivic has not provided Turscak with a report of the alleged incident that has prompted the change in his circumstances. CoreCivic has told Turscak his digital legal records

and laptop have disappeared.  He has gone more than ten days without the ability to directly access the Court.

John Turscak has read this Court's order requiring a motion with supporting points and authorities.  While Turscak can make his points, CoreCivic has deprived him of the ability to provide pertinent authorities.  He moves the Court to require CoreCivic to respond to these allegations and justify, if it can, its denial of Turscak's basic ability to represent himself.

Dated January 23, 2025.

/s T.S. Hartzell
T.S. Hartzell,
Advisory counsel for Turscak