# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>John Turscak,<br><br>  Defendant. | No. CR-23-02251-001-TUC-JAS (LCK)<br><br>**ORDER** |

The Court having reviewed Defendant's Motion for Status Conference (Doc. 69);

IT IS ORDERED the deadline for the Government and Core Civic to respond to Defendant's motion is 2/6/2025. Core Civic shall address the Defendant's allegations of CoreCivic, as stated in the motion, in their response.

Dated this 23rd day of January, 2025.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge