T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Advisory Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:23-cr-02251-JCH-BGM |
| vs. | ) | FIFTH MOTION TO CONTINUE |
| John Turscak, | ) | TRIAL AND PLEA DEADLINE |
| Defendant. | ) | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may occur as a result of this Motion or from an Order based thereon. Advisory counsel, undersigned, at the request of and after consultation with pro se defendant John Turscak, hereby moves the Court to continue the trial and plea deadline, February 18, 2025, and February 2, 2025, respectively, in the above captioned and numbered case.

Mr. Turscak has motions pending pertaining to his ability to effectively represent himself within the restrictions imposed in his present environment. Additional motions are anticipated. A continuance of 60 days is sought by Mr. Turscak.

Dated February 1, 2025.

/s T.S. Hartzell
T.S. Hartzell,
Advisory counsel for Turscak