1
2
3
4
5                    **IN THE UNITED STATES DISTRICT COURT**
6                        **FOR THE DISTRICT OF ARIZONA**
7
8       United States of America,                    CR 23-02251-TUC-JAS (LCK)
9                        Plaintiff,                        **ORDER**
10      v.                                          **CONTINUING TRIAL DATE**
        John Turscak                                  **AND PLEA DEADLINE**
11      Defendant.
12
13          This case is presently set for trial on **February 18, 2025**.  The defendant filed a
14  motion to continue and for the reasons set forth therein, additional time is required to
15  adequately prepare for trial.  The Government has no objection to a continuance.
16          The Court finds that the ends of justice served by granting a continuance outweigh
17  the best interests of the public and the defendant in a speedy trial because, for the reasons
18  set forth in the motion, failure to grant the continuance is likely to result in a miscarriage
19  of justice if the defendant is required to go to trial on the present trial date.
20          **IT IS ORDERED** as follows:
21          1. The date by which the referred magistrate judge hears the change of plea must
22  be no later than **3:00 p.m., on Friday, April 4, 2025.**
23          2. All motions unless made during a hearing or trial, shall be in writing and shall
24  be made sufficiently in advance of trial to comply with the time periods set forth in
25  LRCiv. 7.2 and any court order and to avoid any delays in the trial. Pretrial motions may
26  be heard before a magistrate judge and a Report and Recommendation will be provided to
27  the district judge assigned to the case.
28          3. This matter is RESET for trial at **9:30 a.m., on Tuesday, April 22, 2025.**

**Counsel are to be present at 9:00 a.m.**

4. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on February 19, 2025, and end on April 22, 2025. Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

5. Any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

6. **Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., on Monday, April 7, 2025. Alternatively, by that same deadline, if after consultation between the Government and defense counsel it is determined that a motion to continue the scheduled trial date and change of plea deadline will not be filed, counsel for the Government shall notify the Court by email to the chamber's email address that the case and counsel are ready to proceed to trial on the scheduled trial date. The notification shall also include the estimated number of trial days needed to complete the trial.**

Dated this 4th day of February, 2025.

Honorable James A. Soto
United States District Judge

- 2 -