T.S. HARTZELL
239 N. Meyer Avenue
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Advisory Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:23-cr-02251-JCH-BGM |
| vs. | ) | FIRST MOTION TO WITHDRAW |
| John Turscak, | ) | AS ADVISORY COUNSEL |
| Defendant. | ) | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may occur as a result of this Motion or from an Order based thereon. Advisory counsel, undersigned, hereby moves the Court to allow him to withdraw as advisory counsel and to appoint new counsel to advise and assist pro se defendant John Turscak. Mr. Hartzell moves to withdraw based on professional considerations.

Dated June 28, 2025.

/s T.S. Hartzell
T.S. Hartzell,
Advisory counsel for Turscak