# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-02251-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Turscak, | |
| Defendant. | |

The court has received the Motion to Withdraw as Advisory Counsel (Doc. 104), filed by the Tom Hartzell;

IT IS ORDERED a Motion Hearing is set for **Wednesday, July 16, 2025 at 1:50 PM,** before Magistrate Judge Kimmins, in courtroom 5F.

Dated this 30th day of June, 2025.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge