**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge: Lynnette C. Kimmins** | **Date:** July 16, 2025 |
| **USA v. John Turscak** | **Case Number: CR-23-02251-001-TUC-JAS (LCK)** |

**Assistant U.S. Attorneys:** Matthew Cassell and Rui Wang
**Attorney for Defendant:** *Pro Se*
**Advisory Counsel for Defendant:** Thomas Scott Hartzell, CJA
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Custody

**HEARING RE [104] MOTION TO WITHDRAW AS ADVISORY COUNSEL:**

Mr. Hartzell argues the basis for the motion to the Court.

Mr. Cassell provides the Court with the status of the case, advises that a copy of the proposed plea agreement has been provided to the defendant, as well as previous attorneys, including Mr. Hartzell, and states that the Government has gotten no response.

The Court notes that the current trial date is 7/22/25 and questions counsel as to their readiness for trial. On agreement of counsel and with authorization from Judge Soto, IT IS ORDERED RESETTING the trial date to 10/28/25, with a plea deadline of 10/10/25. The parties are encouraged to set a Status Conference before Judge Soto to determine a firm trial date.

Mr. Turscak advises the Court that he is no longer in possession of his work product and disclosure due to issues at CoreCivic. The Court directs the Government to provide Mr. Turscak with another thumbdrive of the disclosure.

3:52 p.m. Government and all non-parties are excluded from the courtroom.

Mr. Hartzell and Mr. Turscak are questioned by and make statements to the Court. Mr. Turscak indicates to the Court his desire to rescind his *pro se* status and "waive" his "*Faretta* rights".

Defendant having rescinded his *pro se* status, the Court questions Mr. Hartzell regarding his willingness to remain on the case if the Court appoints co-counsel, to which Mr. Hartzell agrees.

Based on the nature and circumstances of this case, the Court finds it appropriate to have co-counsel appointed for defendant.

4:11 p.m. The record reflects the presence of the Government.

| | |
|---|---|
| **USA v.** John Turscak | **Date:** July 16, 2025 |
| **Case Number:** CR-23-02251-001-TUC-JAS (LCK) | Page 2 of 2 |

The Court informs the Government that defendant has rescinded his right to self-representation, and Mr. Hartzell agrees to stay on as appointed defense counsel with the appointment of co-counsel. There being no objection and good cause appearing, IT IS ORDERED appointing a CJA attorney to serve and assist as co-counsel in this case.

Based on the foregoing, the Court renders the Motion to Withdraw as Advisory Counsel MOOT.

The Court informs the Government regarding some of the issues that brought forth this motion, particularly issues with CoreCivic with respect to use of the computer, the USB drives, and trying to get pertinent information to Mr. Hartzell. The Court poses a potential scenario wherein defendant is returned to the custody of the Bureau of Prisons for the purpose of easier access to legal materials and whether the parties believe this scenario may be a more appropriate way of proceeding. This scenario may be discussed at a future hearing if needed.

The Court notes that the defendant appeared in court this date with a motion he wishes to have filed. The Court grants defendant's request to file the motion he drafted as a *pro se* litigant, but directs Mr. Hartzell to re-file the motion as he deems appropriate.

THEREAFTER:  The Court appoints Kristian Salter (CJA) as co-counsel in this matter.

| | |
|---|---|
| **Recorded By** Courtsmart | **MTN  36 mins** |
| **Deputy Clerk** Jennifer A. McCarthy | |
| | **Start:  3:43 PM** |
| | **Stop:   4:19 PM** |