TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-2251-TUC-JAS-LCK |
| Plaintiff, | **RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO REPORT AND RECOMMENDATION** |
| v. | |
| John Turscak, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and responds to the defendant's motion for an extension of the time to file his objection to the Magistrate Judge's Report and Recommendation. The government does not object to the defendant's motion for an additional 21 days to file his objection.

Respectfully submitted this 21st day of July, 2025.

                                               TIMOTHY COURCHAINE
                                             United States Attorney
                                             District of Arizona

                                             */s/ Matthew C. Cassell*

                                             MATTHEW C. CASSELL
                                             Assistant United States Attorney

| | |
|---|---|
| 1 | Copy of the foregoing served electronically |
| 2 | or by other means this 21st day of July, 2025, to: |
| 3 | Thomas S. Hartzell, Esq. |
| 4 | Attorney for defendant |