1  T.S. HARTZELL
   239 N. Meyer Avenue
2  Tucson, Arizona 85701
   (520) 792-8181
3  Arizona State Bar # 013862
   Pima County Computer # 64555
4  tshartzell@tshartzell.com

5  Counsel for Defendant

6              IN THE UNITED STATES DISTRICT COURT
7                      DISTRICT OF ARIZONA

8  United States of America,       )
9                                   )   4:23-cr-02251-JAS-LCK
              Plaintiff,            )
10                                  )
   vs.                              )   FIRST JOINT MOTION TO WITHDRAW
11                                  )
   John Turscak,                    )
12                                  )
              Defendant.            )
13                                  )

14     It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may

15 occur as a result of this Motion or from an Order based thereon. Kristian Salter, undersigned,

16 joined by T.S. Hartzell, undersigned, jointly move to withdraw from representation of defendant

17 John Turscak for professional considerations. Both counsel avow to the Court adequate grounds

18 for withdrawal exist and withdrawal is supported by the Arizona Rules of Professional Conduct.

19     Dated September 25, 2025.

21  /s Kristian H. Salter                              /s T.S. Hartzell
    Kristian Salter,                                   T.S. Hartzell,
22  Attorney for John Turscak                          Attorney for John Turscak