Dan H. Cooper, Bar No. 004900
Law Office of Dan Cooper
177 N. Church Avenue, Suite 601
Tucson, AZ 85701
(520) 367-5442
dan@cooperlaw.me

Amy B Krauss Esq
P.O. Box 65126
Tucson, AZ 85728-5126
520-400-6170
abkrauss@comcast.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 4:23-cr-02251-JAS-LCK-1 |
| Plaintiff, | ) ) | **MOTION TO EXTEND PLEA** |
| vs. | ) | **DEADLINE & CONTINUE TRIAL** |
| | ) | (Tenth Request for Defendant) |
| John Turscak, | ) ) | (First Request for counsel Dan Cooper and Amy Krauss) |
| Defendant. | ) ) | |

COMES NOW the Defendant, John Turscak, through counsel undersigned, hereby moves this Court for an extension of the plea deadline and continuance of the trial date. The trial is currently set for December 30, 2025 at 9:30 a.m. The plea deadline is currently set for December 12, 2025.

The reason for this request is that counsel is new to the case. There are over 2800 pages of disclosure and other issues that need to be addressed, and we are in the middle of wading through the disclosure and will need more time to finish. At this time counsel needs additional time to review materials disclosed, to obtain

1

additional records, to conduct follow-up investigation, and engage in plea discussions with the government.

In the event a non-trial disposition cannot be reached, counsel will need additional time to prepare pretrial motions and for trial defense.

Pursuant to Local Civil Rule 7.3(b), undersigned counsel has discussed the request to continue with Matthew Cassell, and the Government does not oppose this request.

Wherefore, undersigned counsel respectfully requests that the trial be reset in approximately ninety (90) days. It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based thereon. See Local Criminal Rule 12.2(a).

RESPECTFULLY SUBMITTED this 15th day of December, 2025.

      By  s/ *Dan H. Cooper*
          Dan H. Cooper
          Attorney for Defendant Turscak

      By  s/ *Amy Krauss*
          Amy B. Krauss
          Attorney for Defendant Turscak

## **CERTIFICATE OF SERVICE**

This document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which provided service to all registered case participants.