TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>John Turscak,<br><br>  Defendant. | CR-23-02251-JAS(LCK)<br><br>NOTICE OF SUBSTITUTION<br>OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that SERRA M. TSETHLIKAI files her appearance as counsel for the United States of America in the above-captioned matter, in place of MATTHEW CASSELL.

Respectfully submitted this 21st day of January, 2026.

  TIMOTHY COURCHAINE
  United States Attorney
  District of Arizona

  *s/Serra M. Tsethlikai*

  SERRA M. TSETHLIKAI
  Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 21st day of January, 2026, to:

ALL ECF PARTICIPANTS