# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-02251-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Turscak, | |
| Defendant. | |

The undersigned Magistrate Judge, to whom the above-entitled case has been referred to, is required to recuse herself from this action pursuant to 28 U.S.C. 455(a).

Accordingly, **IT IS HEREBY ORDERED** that this case be randomly reassigned by the Clerk.

Dated this 22nd day of January, 2026.

Honorable Lynnette C. Kimmins
United States Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above-Order directing the Clerk to reassign this action, the magistrate referral in this case has been randomly reassigned to U.S. MAGISTRATE JUDGE MARIA S. AGUILERA. On all documents subsequently filed in this case, please substitute the initials of MSA after the case number in place of the initials of the prior Magistrate Judge so that the case number will reflect: **CR23-02251-JAS-MSA.**