1  Dan H. Cooper, Bar No. 004900
   Law Office of Dan Cooper
2  177 N. Church Avenue, Suite 601
   Tucson, AZ 85701
3  (520) 367-5442
4  dan@cooperlaw.me

5  Amy B Krauss, Bar No. 013916
   P.O. Box 65126
6  Tucson, AZ 85728-5126
   520-400-6170
7  abkrauss@comcast.net

8

9  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF ARIZONA**
10

11 | United States of America, | ) | CR23-02251-JAS-MSA-1 |
   |                           | ) |                      |
12 | Plaintiff,                | ) | **MOTION TO EXTEND PLEA** |
13 | vs.                       | ) | **DEADLINE & CONTINUE** |
   |                           | ) | **STATUS CONFERENCE/TRIAL** |
14 | John Turscak,             | ) |                      |
   |                           | ) | (Eleventh Request for Defendant) |
15 | Defendant.                | ) | (Second Request for counsel Dan Cooper and |
16 |                           | ) | Amy Krauss) |
   |                           | ) |

17

18     COMES NOW the Defendant, John Turscak, through counsel undersigned, and
19 hereby moves this Court for an extension of the dates set for a status conference, plea
20 deadline and trial. Currently, the plea deadline is set for March 13, 2026, a status
21 conference is set for March 18, 2026 at 9:00 a.m., and trial is set for March 31, 2026 at
22 9:30 a.m.
23
24     The reason for this request is that counsel are still reviewing voluminous disclosure,
25 consisting of over 2800 documents, and are in the process of determining the key issues
26 that will be litigated in this matter. Additionally, records from correctional facilities

1

throughout the country have been ordered but not yet received. Counsel needs additional time to review materials disclosed, to obtain the additional records, to conduct follow-up investigation, and engage in plea discussions with the government. In the event a non-trial disposition cannot be reached, counsel will need additional time to prepare pretrial motions and for trial defense.

Pursuant to Local Civil Rule 7.3(b), undersigned counsel has discussed the request to continue with Serra Tsethlikai, and the Government does not oppose this request.

Wherefore, undersigned counsel respectfully requests that the trial be reset in approximately ninety (90) days, and that the plea deadline and status conference be set approximately 2 weeks prior to the trial date. Counsel will be prepared to advise the Court of an anticipated firm trial date at the status conference.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based thereon. See Local Criminal Rule 12.2(a).

RESPECTFULLY SUBMITTED this 5th day of March, 2026.

By  s/ *Dan H. Cooper*
Dan H. Cooper
Attorney for Defendant Turscak

By  s/ *Amy Krauss*
Amy B. Krauss
Attorney for Defendant Turscak

**CERTIFICATE OF SERVICE**

This document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which provided service to all registered case participants.