Dan H. Cooper, Bar No. 004900
Law Office of Dan Cooper
177 N. Church Avenue, Suite 601
Tucson, AZ 85701
(520) 367-5442
dan@cooperlaw.me

Amy B Krauss, Bar No. 013916
P.O. Box 65126
Tucson, AZ 85728-5126
520-400-6170
abkrauss@comcast.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR23-02251-JAS-MSA-1 |
| | ) | |
| Plaintiff, | ) | **MOTION TO EXTEND PLEA** |
| | ) | **DEADLINE & CONTINUE** |
| vs. | ) | **STATUS CONFERENCE/TRIAL** |
| | ) | |
| John Turscak, | ) | (Twelfth Request for Defendant) |
| | ) | (Third Request for counsel Dan Cooper and |
| Defendant. | ) | Amy Krauss) |
| | ) | |

COMES NOW the Defendant, John Turscak, through counsel undersigned, and hereby moves this Court for an extension of the dates set for a status conference, plea deadline and trial. Currently, a status conference is set for June 17, 2026 at 11:20 a.m., the plea deadline is set for June 18, 2026, and trial is set for July 7, 2026 at 9:30 a.m.

The reason for this request is that counsel are still reviewing voluminous disclosure, consisting of over 2800 documents, and are in the process of determining the key issues that will be litigated in this matter. Additionally, records from correctional facilities throughout the country have been ordered but not yet received. Counsel needs additional

time to review materials disclosed, to obtain the additional records, to conduct follow-up investigation, and engage in plea discussions with the government. In the event a non-trial disposition cannot be reached, counsel will need additional time to prepare pretrial motions and for trial defense.

Pursuant to Local Civil Rule 7.3(b), undersigned counsel has discussed the request to continue with Serra Tsethlikai, and the Government does not oppose this request.

Wherefore, undersigned counsel respectfully requests that the current trial and plea deadlines be vacated, and that the Court set a status conference during the week of June 22nd or June 29th, so that realistic dates based on the schedules of the Court and attorneys can be set.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based thereon. See Local Criminal Rule 12.2(a).

RESPECTFULLY SUBMITTED this 9th day of June, 2026.

By  s/ *Dan H. Cooper*
Dan H. Cooper
Attorney for Defendant Turscak

By  s/ *Amy Krauss*
Amy B. Krauss
Attorney for Defendant Turscak

## **CERTIFICATE OF SERVICE**

This document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which provided service to all registered case participants.