Dan H. Cooper, Bar No. 004900
Law Office of Dan Cooper
177 N. Church Avenue, Suite 601
Tucson, AZ 85701
(520) 367-5442
dan@cooperlaw.me

Amy B Krauss, Bar No. 013916
P.O. Box 65126
Tucson, AZ 85728-5126
520-400-6170
abkrauss@comcast.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR23-02251-JAS-MSA-1 |
| ) | |
| Plaintiff, ) | **MOTION TO WITHDRAW AS** |
| vs. ) | **COUNSEL OF RECORD** |
| ) | |
| John Turscak, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(7)(A) will occur because of this motion or an order based thereon. *See* Local Criminal Rule 12.2(a).

Undersigned counsel were appointed to represent Mr. Turscak on October 7, 2025. (ECF Document number 113.) On June 1, 2026, Mr. Turscak filed a pro-se motion that was sealed but provided to counsel, pursuant to General Order 21-19. (ECF Document number 124.) This motion seeks permission to withdraw as counsel of record based on the content of Mr. Turscak's motion and other professional considerations.

1

An unopposed motion to extend all dates was filed on June 9, 2026. Based on that motion, it is expected that a status conference be set during the week of June 22 or June 29. (ECF document number 125 at p. 2.) Undersigned counsel requests that Mr. Turscak be transported to the status conference and that this motion to withdraw be heard at that time.

RESPECTFULLY SUBMITTED this 10th day of June, 2026.

By  s/ *Dan H. Cooper*
　　Dan H. Cooper
　　Attorney for Defendant Turscak

By  s/ *Amy Krauss*
　　Amy B. Krauss
　　Attorney for Defendant Turscak

## **CERTIFICATE OF SERVICE**

This document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which provided service to all registered case participants.