**DISTRICT JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** June 17, 2026 |
| **USA v. John Turscak** | **Case Number: CR-23-02251-001-TUC-JAS (MSA)** |

**Assistant U.S. Attorney:** Mattew Cassell for Serra Marie Tsethlikai
**Attorney for Defendant:** Am y Krauss, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody ☐ Summons ☐ Writ

**STATUS HEARING:**

The Court set this matter for a status hearing to discuss Defendant's Motion to Continue Trial, defendant's notice to proceed pro-se, and Mr. Cooper's Motion to withdraw as attorney.

Without the presence of the Government, the Court discusses with the defendant and Mrs. Krauss the Motion to Withdraw. (11:21am – 11:34am).

Faretta Hearing held.  The Court grants Mr. Cooper's Motion to withdraw and grants defendant's request to proceed Pro-Se.  The Court Orders advisory counsel to be appointed for the defendant.  A Status Hearing is set for 7/22/2026 at 3:00pm.  The Jury Trial (non-firm) is continued 8/18/2026 at 9:30am.  Plea Deadline is 7/31/2026.

THEREAFTER, Nicholas Brereton CJA is appointed as advisory counsel for the defendant.

**Court Reporter** Cindy Shearman                                **Status: 46 min**
**Deputy Clerk** Tiffany Dame

                                                                 **Start:  11:11am**
                                                                 **Stop:  11:57am**

CC: John Turscak