**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** July 22, 2026 |
| **USA v. John Turscak** | **Case Number: CR-23-02251-001-TUC-JAS (MSA)** |

**Assistant U.S. Attorney:** Serra Marie Tsethlikai
**Advisory Counsel for Defendant:** Nicholas Brereton, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Not Present** ☒ **Custody**

**STATUS CONFERENCE HELD:**

The Court notes the defendant is not present due to a medical issue.

The Status Conference scheduled this date is continued to July 29, 2026 at 10:30 AM before this Court. The Court intends to set a firm trial date in February of 2027 at the next hearing. Advisory counsel is to inform the Court should the next hearing date of July 29, 2026 at 10:30 AM present an issue.

Thereafter, to accommodate the Court calendar, the Status Conference is rescheduled from July 29, 2026 at 10:30 AM to August 5, 2026 at 2:30 PM.

**Court Reporter:** Aaron LaDuke                                    **SC    07 min**
**Deputy Clerk:** Danielle Scumaci-Vroegh

                                                                                    **Start:  3:05 PM**
                                                                                    **Stop:   3:12 PM**