John Turscak,Reg.No.:14098-074
Central Arizona Florence
Correctional Complex
P.O.Box 6300
Florence, AZ 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | CR-23-C2251-TUC-JAS-(MSA) |
| Plaintiff, | MOTION REQUESTING A COURT ORDER |
| v. | [EX PARTE] |
| John Turscak, | |
| Defendant. | |

It is expected that excludable delay under Title 18 U.S.C. Sec. 3161(h)(I)(D), may occur as a result of this motion or from an ORDER based thereon. **Pro se** Defendant John Turscak respectfully motions this Honorable Court for an ORDER pursuant to Ariz.Rules Of Prof'l Conduct ER.1.16(d) Comtry.(10)(11)and(12) directing prior defense counsels Dan H. Cooper and Amy Krauss,CJA to fulfill their ethical obligations with respect to clients files by returning his case file to include (without limitations): ALL paper documents, complete work-product, correspondence, original documents re:case no.:cr-99-383-(AHM), all drafts and their notes, case discovery and evidence taken throughout the course of their investigation and trial prepairation. Defendant Turscak estimates that, compliarce with this ORDER **shall** take no longer than **48-hrs.**,or within the time specifide by this Honorable Court, and, delivered to newly appointed Advisory Counsel Nicholas Brereton,CJA.

RESPECTFULLY SUBMITTED this 6th day of July 2026.

/s/ ~~~~~~~~~~~
John Turscak, Pro Se
Defendant.

<u>PROOF OF SERVICE</u>

I, John Turscak-**Pro** Se Defendant-hereby declares under the **penalty-of-perjury**, that the aforegoing was placed into the care of newly appointed **Advisory** Counsel Nicholas Brereton during a legal visit at the CAFCC-Main RHU-on this exact date_____,to be filed with the U.S District Court-Tucson, and , copies to be served by Electronic Case Filing to: ALL ECF PARTICIPANTS.

/s/_____