DISTRICT JUDGE'S MINUTES
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** August 12, 2026 |
| **USA v. John Turscak** | **Case Number: CR-23-02251-001-TUC-JAS (MSA)** |

**Assistant U.S. Attorney:** Serra Marie Tsethlikai
**Attorney for Defendant:** **Nicholas Brereton**, Advisory Counsel (CJA)
**Interpreter:** N/A
**Defendant:** ☒ **Present/Custody**

**STATUS CONFERENCE:**

Discussion held regarding setting firm trial.  The parties recommend February or March of 2027 and expect the trial to take five (5) days.  The defendant requests the Court consider his pro se motions and asks for more time to proceed to trial.  The Court declines considering oral motions and advises the defendant to file written motions for the Court's consideration.
The Court sets firm trial date of February 22, 2027, at 9:00 a.m.. The Final Pretrial Conference is February 17, 2027, at 1:30 p.m., the Plea deadline is February 5, 2027.
A formal Scheduling Order will be issued.

**Court Reporter** Aaron LaDuke                                         SC      15 min
**Deputy Clerk** Allison Siquieros

                                                                        **Start:  1:31 p.m.**
                                                                        **Stop:   1:46 p.m.**

Copy mailed to John Turscak at address on file.