John Turscak,Reg.No.:14098-074
Central Arizona Florence
Correctional Complex
P.O.Box 85132
Florence, AZ 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>John Turscak,<br>Defendant. | CR-23-02251-TUC-JAS-(MSA)<br><br>MOTION PURSUANT TO 18 U.S.C. SECTION 4244 |

It is expected that excludable delay under Title 18 U.S.C. Sec. 3161(h)(I)(D), may occur as a result of this motion or from an ORDER based thereon. **Pro** se Defendant John Turscak motions this Honorable Court under U.S.C. Sec.4244 for an ORDER that he undergo Psychiatric Evaluation and a Psychological Examination to determine his ability to rationally weigh the consequences of electing to proceed pro se, and, to also determine whether or not competent Defendant is suffering from a mental disease or defect that has significantly impaired his judgement to make a defense. See Meador v. United States, 332 F.2d 935,937-38 (9th Cir.1964). Mr.Turscak puts up a good argument to support the above reasons for justifying such a 4244 ORDER. He asserts that his mental health is deteriorating and that this deterioration is interfering with his Faretta right to make his own defense. Moreover, evidence in the record confirms that Mr.Turscak has remained in solitary confinement for the past 30-months under extremely harsh conditions constituting atypical and significant hardship that is affecting his mental state and his ability to prepare his own defense for trial.

Wherefore, in the interest of justice and having demonstrated good cause shown pursuant to 18 U.S.C. Section 4244 this Honorable Court is urged to ORDER that Defendant Mr.Turscak undergo a Psychiatric Evalua-

tion and a Psychological Examination to be conducted by Local Evaluators from the Tucson area contracted with the U.S. District Court. As there should be CJA approved -licensed Doctors available to provide Mr.Turscak these much needed services [FORTHWITH].

I, John Turscak declare under the penalty cf perjury that, I am the Defendant in this case, and, that the aforegoing MOTION provides factual and truthful statements to the best of my knowledge, understanding, and belief.

RESPECTFULLY SUBMITTED this 11th day of August 2026.

/s/
John Turscak,
**Pro se** Defendant.