John Turscak,Reg.No.:14098-074
Central Arizona Florence
Correctional Complex
P.O.Box 6300
Florence, Arizona 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States** Of America, Plaintiff, | CR23-02251-TUC-JAS |
| V. | [EX PARTE] |
| John Turscak, Defendant. | MOTION TO RENEW COURT ORDER |

COMES NOW, Defendant Mr. Turscak seeking to have this Honorable court to RENEW it's March 14, 2025 ORDER (Doc.83 at pgs 55-56), instructing the Clerk of Court to send conformed copies of all Docket entries to Mr.Turscak at his known address via U.S.Mail. Rather than have advisory counsel Brereton, and, or his staff do it. Just as the Court had granted Defendant Turscak's same request made during the March 14th Motion Hearing stating on the record that it would ORDER the Clerk's Office to send comformed copies to Mr.Turscak, and, that infact the Courtroom Deputy would make sure that the ORDER would be sufficient, and if anything else needed to be done with regards to this matter, the Court would take care of it.(Doc.83). However,as of today's date, Mr.Turscak has not received any conformed copies of the Docket entries via U.S.Mail. Thus,the URGENT need to have this most Honorable Court RENEW it's ORDER to the Clerk's Office so that Mr.Turscak may be -permitted to start receiving conformed copies of what he is entitled as a pro se Defendant in this case.

RESPECTFULLY SUBMITTED on this 10th day of August 2026.

/s/ [signature]
John Turscak,
**Pro Se** Defendant.