✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 31 2026

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ REM DEPUTY

CR-23-02251-001-TUC-JAS-MSA

DOC. #145

**CLERK OF THE UNITED STATES**
**DISTRICT COURT**
**Evo A. DeConcini Courthouse**
**405 W. Congress Street, Ste. 1500**
**Tucson, Arizona 85701-5010**

OFFICIAL BUSINESS

PHOENIX AZ 852
21 AUG 2026

Freedom
quadient
FIRST-CLASS MAIL
IMI
$000.78 º
08/20/2026 ZIP 85701
043M31237954
US POSTAGE

RECEIVED
AUG 3 1 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Thomas Scott Hartzell
TS Hartzell A
325 W Frank
Tucson, AZ 8

250 NFE 1 525C0008/27/26
FORWARD TIME EXP RTN TO SEND
:TS HARTZELL ATTORNEY AT LAW
239 N MEYER AVE
TUCSON AZ 85701-1007
RETURN TO SENDER

FWD
85701-025028
8570195098