# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>John Turscak,<br>Defendant. | No. CR-23-02251-001-TUC-JAS (MSA)<br>**ORDER** |

On September 9, 2026, the Court issued an Order denying Defendant Turscak's "Motion Pursuant to 18 U.S.C. Section 4244." (Doc. 148; *see also* Doc. 140.) In that Order, the Court noted that Defendant had not filed a reply to the government's response. (Doc. 148 at 2.) After the Order was filed, the Court received notification that Defendant's reply had been filed in the Clerk's Office on September 8, 2026. (*See* Doc. 149 (noting Defendant's reply entered on docket on September 10, 2026)).

The Court has reviewed and considered Defendant's reply (Doc. 149) and finds that it does not change the Court's analysis or conclusion in the Order denying Defendant's request for a competency hearing or examination (*see* Doc. 148). If anything, Defendant's reply, in which he raises numerous coherent arguments and cites case law, reaffirms the Court's belief that Defendant "understand[s] the nature and consequences of the proceedings against him," 18 U.S.C. § 4241(a), and can "carry out the basic tasks needed to present his own defense without the help of counsel," *Indiana v. Edwards*, 554 U.S. 164, 175-76 (2008).

Defendant's reply also includes a "Motion to Compel Discovery Believed to be in Government's Possession" in which he requests the Court issue an order requiring the government to disclose all "his psych records" from the Federal Bureau of Prisons that the government has in its possession. (Doc. 149 at 4.) The Court generally does not entertain motions requesting new relief for the first time in a reply brief. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.") Nevertheless, the Court will require the government to respond to Defendant's Motion to Compel.

Accordingly, **IT IS ORDERED** that the Court's previous Order at Doc. 148 is affirmed. **IT IS FURTHER ORDERED** that the government shall file a response to Defendant's "Motion to Compel Discovery Believed to be in Government's Possession" (Doc. 149 at 4) in the time prescribed by the local rules.

Dated this 14th day of September, 2026.

Honorable James A. Soto
United States District Judge