TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Serra.Tsethlikai@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>John Turscak,<br>Defendant. | CR-23-02251-JAS-MSA<br><br>NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |

Notice is hereby given, pursuant to LRCrim 16.1(a), that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 12th day of November 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Serra M. Tsethlikai*
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

Copy of the foregoing served electronically through ECF this 12th day of November 2026 and mailed to defendant via the Unites States Postal Service.