FILED LODGED
RECEIVED COPY
NOV 13 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY REM DEPUTY

JOHN TURSCAK,USMS#14098074
Central Arizona Florence
Correctional Complex
P.O.Box 6300
Florence, Arizona 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. John Turscak, PRO SE, Defendant. | CR-23-02251-JAS TITLE 18 SECTION 3006A(e) AND FED.R.CRIM.P. RULE 12.2 NOTICE UPON THE GOVERNMENT |

I, John Turscak,Defendant, respecrfully moves in a pro se capacity in the above captioned and numbered case, hereby Serves Notice upon the government pursuant to Title 18 U.S.C, Section, 3006A(e), and , Fed.R.Crim.P. Rule 12.2. Which places an obligat-ion on this Defendant who has Motioned the trial Court to appoint a Psychiatrist so to provide Expert testimony as part of his, Mr.Turscak's defense.Id.

This NOTICE is in support of Defendant Turscak's Motion to Appoint..., the Facts and Evidence, and any oral arguement or hearing on the merits that, the Court may find necessary and in the pursuit of justice. Hence, herein the government has been served NOTICE, and, COPY provided to the Clerk of Court pursuant to Fed.R.Crim.P.12.2 (b).

RESPECTFULLY SUBMITTED this 12th day of october 2026.

/s/__________
John Turscak,Defendant.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv 7.1(b)(1)
(Rule Number/Section)